ALEXANDER B. CVITAN (SBN 81746),
E-mail: alc@rac-law.com
AARON G. LAWRENCE (SBN 258823), and
Email: aaronl@rac-law.com
J. DAVID SACKMAN (SBN 106703)
Email: jds@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
330 N. Brand Blvd, Suite 250, Glendale, California 91203
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>5M CONTRACTING, INC., a California corporation,<br><br>Defendant. | Case No.: 8:23-cv-01478-GW-JDE<br><br>Hon. George H. Wu<br><br>STIPULATION FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by and between Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF"), and defendant 5M CONTRACTING ("Employer"), through respective counsel, as follows:

1. [Plaintiff ("CLTF"); Trust Funds]  CLTF is an agent for collection for, fiduciary to and brought this action on behalf of, certain employee benefit plans, including the Laborers Health and Welfare Trust Fund for Southern California,

-1-

565006v5

Construction Laborers Pension Trust for Southern California, Laborers Annuity Plan for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Environmental Contractors Association, and Contract Administration/Industry Promotion Trust Fund (hereinafter collectively referred to as "Trust Funds").  The Trust Funds are employee benefit plans within the meaning of the Employee Retirement Income Security Act (ERISA) §§ 1001, *et. seq.*

2. [Defendant 5M Contracting, Inc.]  Employer is a construction contractor engaged in business in the State of California.

3. [Agreements]  CLTF contends that Employer has, since at least December 4, 2017, been bound to written collective bargaining agreements with the Southern California District Council of Laborers and its affiliated Local Unions ("Union"), including one known as the Laborers Asbestos Agreement ("Asbestos Agreement") and a series of project labor agreements (also known as "Project Stabilization Agreements", "Continuity Of Work Agreements", and "Community Workforce Agreements"), each of which incorporates by reference the applicable Construction Master Labor Agreements, including the Union's Southern California Master Labor Agreement (collectively "Laborers Agreements"). The Laborers Agreements incorporate by reference the various trust agreements of the Trust Funds ("Trust Agreements").  The Laborers Agreements and Trust Agreements are referred to hereinafter collectively as the "Agreements."

4. [Terms of Agreements]  CLTF contends that the Agreements require Employer to (among other things): (a) remit fringe benefit contributions ("Monthly Contributions") to the Trust Funds for work by their employees that is covered by the Laborers' Agreements' terms ("Covered Work"); (b) submit to the Trust Funds, with

their Monthly Contributions, monthly reports itemizing by employee and project the Covered Work performed and resulting Monthly Contributions due ("Monthly Reports"); (c) pay interest and liquidated damages on delinquent Monthly Reports and Contributions; (d) submit to audits by the Trust Funds; and (e) maintain records sufficient for the Trust Funds to, through audit, determine compliance with obligations to the Trust Funds. The Agreements further provide that the Trust Funds are entitled to recover attorney's fees incurred in enforcing these obligations.

5. [Claims for Relief] CLTF's claim for relief is for damages against Employer due under the Agreements for delinquent contributions, pursuant to ERISA §§ 515 and 502(g)(2), 29 U.S.C. §§ 1145 and 1132(g)(2). CLTF contends that the total amount of owed to the Trust Funds from April 2018 through September 2024 ("Relevant Period"), including interest, liquidated damages, and related damages—and taking into account a credit on EMPLOYER's account—is $96,674.45 ("Trust Fund Claim"), consisting of:

| | |
|---|---|
| Monthly Contributions: | $12,380.60 |
| Liquidated Damages: | $2,272.77 |
| Audit Fees: | $6,240.00 |
| Attorney Fees (through 10/24): | $74,126.20 |
| Interest (through 12/19/24): | $6,190.92 |
| SUB TOTAL: | $101,210.49 |
| Credit on Account: | ($4,536.04) |
| GRAND TOTAL: | $96,674.45 |

6. [Settlement Agreement] CLTF and Employer have reached a settlement that will result in a full and final resolution of the claims and thus this lawsuit in its entirety ("Settlement Agreement"). The entry of monetary judgment against Employer in accordance with this stipulation is a term of the Settlement Agreement. CLTF has agreed to accept payment of the principal amount of $70,000.00 (plus interest on the declining balance) ("Settlement Amount"), as full satisfaction of the

-3-

565006v5

Trust Fund Claim, as more fully set forth in the Settlement Agreement.

7.      [<u>Entry of Judgment on CLTFs Complaint</u>]  In accordance with the terms of the Settlement Agreement, CLTF, and Employer hereby stipulate to entry of judgment in favor of CLTF and against: (a) Employer for total monetary damages in the amount of $70,000.00, to be paid in installments. A proposed stipulated judgment ("Stipulated Judgment") in a form agreed to by the Parties is filed concurrently with this stipulation.

8.      [<u>Payment By Installments</u>] The Stipulated Judgment may be satisfied by payment of the Settlement Amount in installments, with interest accruing at the rate of 9.5% per annum on the declining balance (from March 1, 2025), to be paid in full no later than August 1, 2026, as described more fully in the Settlement Agreement between the parties.

9.      [<u>Stay of Enforcement</u>] There shall be a stay of enforcement of the Stipulated Judgment, except that Plaintiff may file a Judgment Lien with the California Secretary of State, and/or lien(s) in any Pending Action or Proceeding of the Employer pursuant to Cal. Code Civ. P. § 708.410, *et. seq.*, to secure the payments.

10.     [<u>Default</u>] In the event of Default in the terms of the Settlement Agreement, including the provisions for notice and the opportunity to cure as set forth in the Settlement Agreement, counsel for CLTF shall file a declaration with the Court, setting forth the basis of default, and accounting for all payments and accrued interest. Upon filing of such declaration, without the need for any further proceedings, any stay of enforcement shall terminate.

11.     [<u>Satisfaction of Judgment</u>] Upon payment of the Settlement Amount in full, pursuant to the terms of the Settlement Agreement, the Stipulated Judgment shall be satisfied, and CLTF shall file an Acknowledgment of Satisfaction of Judgment, no earlier than 90, nor later than 97, days after the last payment is made, and immediately thereafter release any liens which have been filed based on the Stipulated Judgment

565006v5

12. [Scope of Stipulated Judgment]  The monetary damages in the Stipulated Judgment awarded against Employer are for amounts due for work performed by and for Employer for some or all of the months of April 2018 through September 2024.  In accordance with the terms of the Settlement Agreement and the Trustees' fiduciary obligations, the Stipulated Judgment shall not have *res judicata* effect, operate as a bar, or effect any other limitation of any right of the Trust Funds (including CLTF on their behalf) to determine via audit and collect any amounts due, but not presently known to be due, by Employer arising after the Relevant Period.  The Parties reserve all their claims and defenses, whether known or unknown, as to any dispute arising after the Relevant Period.

13. [Attorneys' Fees and Costs]  Except to any extent set forth in the Settlement Agreement, CLTF and Employer shall bear their own attorneys' fees and costs incurred in this lawsuit.

**SO STIPULATED:**

Respectfully submitted

DATED: February 27, 2025

REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/ J. David Sackman
J. DAVID SACKMAN
Attorneys for Plaintiff

*Pursuant to L.R. 5-4.3.4(a)(2)(i), the above filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: February 27, 2025

FISHER & PHILLIPS, LLP

By: /s/ Brian Tremer
BRIAN TREMER
Attorneys for Defendant 5M Contracting Inc.

-5-

565006v5