UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>5M CONTRACTING, INC., a California corporation,<br><br>            Defendant. | Case No.: SACV 23-1478-GW-JDEx<br><br>Hon. George H. Wu<br><br>STIPULATED JUDGMENT BY INSTALLMENTS AGAINST DEFENDANT 5M CONTRACTING, INC. |

Pursuant to a Settlement Agreeent between the parties ("Settlement Agreement"), Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF") and Defendant 5M Contracting, Inc. ("Employer") have filed a stipulation for entry of judgment on Plaintiff's Complaint against Employer ("Stipulation"), which fully disposes of this lawsuit. The Court, having considered the Stipulation and finding good cause therefor, hereby enters judgment as follows:

 / / /

1. JUDGMENT is entered on Plaintiff's complaint in favor of Plaintiff, CLTF, as administrator of, agent for collection for, fiduciary to, and on behalf of certain employee benefit plans, including the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Laborers Annuity Plan for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, Southern California Environmental Contractors Association, and Contract Administration/Industry Promotion Trust Fund (hereinafter collectively referred to as "Trust Funds")  and against Defendant Employer in the amount of **$70.000.00** ("Judgment Amount").  Pursuant to 29 U.S.C. § 1132(g)(2), this consists of the following elements of damages for the period April 2018 through September 2024 ("Relevant Period"): $12,380.60 in contributions, $2,272.77 in liquidated damages, $6,240.00 in audit fees, $6,190.92 in interest, and $47,451.75 in attorney fees, and taking into account a $4,536.04 balance of credit on Employer's account with CLTF.

2. This Judgment may be satisfied by payment of the Judgment Amount in installments, with interest accruing at the rate of 9.5% per annum on the declining balance (from March 1, 2025), to be paid in full no later than August 1, 2026, as described more fully in the Settlement Agreement between the parties.

3. In the event of Default  of the terms of the Settlement Agreement, counsel for Plaintiff shall file a declaration with this Court, setting forth the basis of default, and accounting for all payments and accrued interest.  Upon filing of such declaration, without the need for any further proceedings, any stay of enforcement shall terminate.

4. Upon payment of the Judgment Amount in full, pursuant to the terms of the Settlement Agreement, this Judgment shall be satisfied, and Plaintiff shall file an

Acknowledgment of Satisfaction of Judgment, no earlier than 90 nor later than 97, days after the last payment is made.

5. There shall be a stay of enforcement of this Judgment during the period of payments, as described in the Settlement Agreement, except that Plaintiff may file a Judgment Lien with the California Secretary of State and/or lien(s) in any Pending Action or Proceeding of the EMPLOYER pursuant to Cal. Code Civ. P. § 708.410, *et. seq.*, to secure the payments, and take any actions necessary to preserve such security interest(s).  Upon payment of the Judgment Amount, as described above and in the Settlement Agreement, Plaintiff shall remove any liens filed based on the Judgment, immediately after the Acknowledgment of Satisfaction is filed, as set forth in paragraph 4.

6. Except as expressly set forth in this Judgment and the Settlement Agreement between the parties, each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: March 3, 2025

HON. GEORGE H. WU
United States District Judge